# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANGMI LEE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 15-2666 |
| AMR CORPORATION, aka/dba | : | |
| AMERICAN AIRLINES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *18th* day of *June*, 2015, upon consideration of Plaintiff Sangmi Lee's Motion to Remand (Docket No. 4) and the Response of Defendant AMR Corporation, aka/dba American Airlines (Docket No. 7), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.