IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANGMI LEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  15-2666 |
| | : | |
| AMR CORPORATION, a/k/a d/b/a | : | |
| AMERICAN AIRLINES, | : | |
| Defendant. | : | |

**MEMORANDUM AND ORDER**

Defendant has filed a motion for summary judgment on September 3, 2015, to which as of the date of this memorandum, no response has been filed.

A review of defendant's memorandum in support of its motion discloses that there is no issue as to any material facts.

By virtue of her failure to answer defendant's request for admissions, plaintiff has admitted that she cannot sustain her claim for damages.  Moreover, plaintiff has admitted she did not check the travel documentation requirements for the flight and was in fact refunded $257.75 for the ticket fee charges she incurred.

An order follows:

**AND NOW**, this 7th day of October, 2015, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's lack of response, and a review of the memorandum in support thereof, it is hereby **ORDERED** that said Motion (Docket No. 11) is **GRANTED**.  Judgment is entered in favor of Defendant AMR Corporation a/k/a d/b/a American Airlines and against Plaintiff Sangmi Lee

The Request for Counsel Fees is **DENIED**.

This case is **CLOSED**.

                                      BY THE COURT:

                                      *Ronald L. Buckwalter*
                                      RONALD L. BUCKWALTER, S. J.